1

2

3

4

5
                UNITED STATES DISTRICT COURT

6
                EASTERN DISTRICT OF WASHINGTON

7   GREGORY R. RICE,

                                            NO:  2:15-CV-0029-TOR
8
                    Plaintiff,              ORDER ADOPTING REPORT AND
9                                           RECOMMENDATION, DISMISSING
    vs.                                     COMPLAINT WITHOUT PREJUDICE
10                                          AND DIRECTING THAT
                                            COLLECTION OF FILING FEE
11  STATE OF WASHINGTON,                    CEASE
    DEPARTMENT OF
12  CORRECTIONS, WASHINGTON
    STATE DEPARTMENT OF
13  CORRECTIONS EMPLOYEES, G.
    STEVEN HAMMOND, DEBORAH
14  TONHOFER, ROBERT "RUSTY"
    SMITH, JOSEPH LOPIN, SARA
15  SMITH, RODOLFO TREVINO,
    KATHLEEN RENNINGER, LINDA
16  BODINE and DENNIS SYNNES,

17                  Defendants.

18        Magistrate Judge Rodgers filed a Report and Recommendation (ECF No. 18),

19  recommending that Mr. Rice's Motion to Voluntarily Dismiss this action be granted.

20  Defendants have not been served.  There being no objections, the Court **ADOPTS**

    ORDER ADOPTING REPORT AND RECOMMENDATION…- 1

the Report and Recommendation.    Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 14) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

      **IT IS FURTHER ORDERED** Plaintiff's Motion to Waive Filing Fee (ECF No. 15) is **GRANTED** and the institution having custody of Mr. Rice shall cease collection of the filing fee in this action, formerly cause number **2:15-CV-0029-JTR,** now 2:15-CV-0029-TOR**.**

      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file.  The District Court Executive is further directed to send a copy of this Order to the **Office of the Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also shall provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

      **DATED** January 21, 2016.



                    THOMAS O. RICE
               United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION…- 2